```
 1 | DANIEL J. BRODERICK, Bar #89424
   | Federal Defender
 2 | MARY M. FRENCH, Bar #126643
   | Supervising Assistant Federal Defender
 3 | Designated Counsel for Service
   | 801 I Street, 3rd Floor
 4 | Sacramento, California 95814
   | Telephone: (916) 498-5700
 5 |
   | Attorney for Defendant
 6 | SILVESTRE FLORES-CARACHEOS
 7 |
 8 |                IN THE UNITED STATES DISTRICT COURT
 9 |               FOR THE EASTERN DISTRICT OF CALIFORNIA
10 |
   | UNITED STATES OF AMERICA,     ) No. CR-S-08-373 JAM
11 |                               )
   |               Plaintiff,      )
12 |                               ) STIPULATION AND ORDER
   |      v.                       ) CONTINUING STATUS CONFERENCE
13 |                               )
   | SILVESTRE FLORES-CARACHEOS,   )
14 |                               ) Date:  November 4, 2008
   |               Defendant.      ) Time:  9:30 a.m.
15 |                               ) Judge: John A. Mendez
   | _____ )
16 |
17 |      It is hereby stipulated between the parties, Daniel McConkie,
18 | Assistant United States Attorney, attorney for Plaintiff, and Mary M.
19 | French, attorney for defendant, that the Status Conference hearing date
20 | of October 21, 2008, be vacated and a new Status Conference hearing
21 | date of November 4, 2008, at 9:30 a.m. be set.
22 |      This continuance is requested because the parties are waiting for
23 | defendant's criminal records.
24 |      It is further stipulated that the period from October 21, 2008,
25 | 2008, through and including November 4, 2008, should be excluded
26 | ///
27 | ///
28 | ///
```

1  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon
2  continuity of counsel and defense preparation.
3  Dated: October 20, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
SILVESTRE FLORES-CARACHEOS

Dated: October 20, 2008                 MCGREGOR W. SCOTT
                                        United States Attorney

*/s/  Mary M. French for
      Daniel McConkie*
_____
DANIEL McCONKIE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: October 20, 2008


      /s/ John A. Mendez
_____
JOHN A. MENDEZ
United States District Judge

Stip & Order                            2