```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  SILVESTRE FLORES-CARACHEOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-373 JAM |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| SILVESTRE FLORES-CARACHEOS, ) | |
| Defendant. ) | Date: January 6, 2009 |
| ) | Time: 9:30 a.m. |
| _____ ) | Judge: John A. Mendez |

It is hereby stipulated between the parties, Daniel McConkie, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of December 23, 2008, be vacated and a new Status Conference hearing date of January 6, 2009, at 9:30 a.m. be set.

This continuance is requested because the parties are waiting for defendant's criminal records.

It is further stipulated that the period from December 23, 2008, through and including January 6, 2009, should be excluded

///

///

///

1 | pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon
2 | continuity of counsel and defense preparation.
3 | Dated: December 4, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
SILVESTRE FLORES-CARACHEOS

Dated: December 4, 2008

MCGREGOR W. SCOTT
United States Attorney

*/s/ Mary M. French for Daniel McConkie*
_____
DANIEL McCONKIE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: December 4, 2008

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

Stip & Order                                              2