1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  SILVESTRE FLORES-CARACHEOS

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        ) No. CR-S-08-373 JAM
11                                  )
              Plaintiff,            )
12                                  ) STIPULATION AND ORDER
        v.                          ) CONTINUING STATUS CONFERENCE
13                                  )
   SILVESTRE FLORES-CARACHEOS,      )
14                                  ) Date:  January 20, 2009
              Defendant.            ) Time:  9:30 a.m.
15                                  ) Judge: John A. Mendez
   _____  )
16

17      It is hereby stipulated between the parties, Daniel McConkie,

18 Assistant United States Attorney, attorney for Plaintiff, and Mary M.

19 French, attorney for defendant, that the Status Conference hearing date

20 of January 6, 2009, be vacated and a new Status Conference hearing date

21 of January 20, 2009, at 9:30 a.m. be set.

22      This continuance is requested because defendant's criminal records

23 have been received and the parties are examining the effect they will

24 have on the criminal history calculations in the pre-plea PSR.

25      It is further stipulated that the period from January 6, 2009,

26 through and including January 20, 2009, should be excluded pursuant to

27 ///

28 ///

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: January 5, 2009

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
SILVESTRE FLORES-CARACHEOS

Dated: January 5, 2009                MCGREGOR W. SCOTT
                                        United States Attorney

                                          */s/  Mary M. French for
                                               Daniel McConkie*
_____
DANIEL McCONKIE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: January 5, 2009

                                          /s/ John A. Mendez
                                          JOHN A. MENDEZ
                                          United States District Judge