1 BENJAMIN B. WAGNER
United States Attorney
2 MICHELLE A. PRINCE
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )      2:08-cr-00373-JAM
                               )
12            Plaintiff,        )      FINAL ORDER OF FORFEITURE
                               )
13      v.                      )
                               )
14 JOSHUA VAZQUEZ,              )
                               )
15                              )
            Defendant.         )
16 _____)

17      WHEREAS, on or about August 25, 2011, this Court entered a

18 Preliminary Order of Forfeiture pursuant to the provisions of 18

19 U.S.C. § 2253 based upon the plea agreement entered into between

20 plaintiff and defendant Joshua Vazquez and the finding of

21 forfeiture by the Court forfeiting to the United States the

22 following property:

23           a)   One (1) Hewlett Packard laptop computer, model
                 number DV9000, serial number CNF64232WD;
24
             b)   One (1) Fujitsu computer hard drive (100 GB),
25               serial number NW9YT692DPE7; and

26           c)   One (1) Western Digital computer hard drive (40
                 GB), serial number WMA6R1940269.
27

28   AND WHEREAS, beginning on August 26, 2011, for at least 30

                              1              Final Order of Forfeiture

1  consecutive days, the United States published notice of the

2  Court's Order of Forfeiture on the official internet government

3  forfeiture site www.forfeiture.gov.  Said published notice

4  advised all third parties of their right to petition the Court

5  within sixty (60) days from the first day of publication of the

6  notice for a hearing to adjudicate the validity of their alleged

7  legal interest in the forfeited property.

8      AND WHEREAS, the Court has been advised that no third party

9  has filed a claim to the subject property, and the time for any

10 person or entity to file a claim has expired.

11      Accordingly, it is hereby ORDERED and ADJUDGED:

12      1.  A Final Order of Forfeiture shall be entered forfeiting

13 to the United States of America all right, title, and interest in

14 the above-listed property pursuant to 18 U.S.C. § 2253, to be

15 disposed of according to law, including all right, title, and

16 interest of Joshua Vazquez.

17      2.  All right, title, and interest in the above-listed

18 property shall vest solely in the name of the United States of

19 America.

20      3.  The Department of Homeland Security, Customs and Border

21 Protection shall maintain custody of and control over the subject

22 property until it is disposed of according to law.

23      SO ORDERED this 4th day of June, 2012.

24
                                /s/ John A. Mendez_____
25                              JOHN A. MENDEZ
                                United States District Court Judge
26

27

28